

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00057-CV

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A., as Trustee of the Red Crest Trust | § | From the 342nd District Court |
| v. | | |
| Louis Dorfman; K.I. Holdings, Ltd.; Sam Myers; J.M.D. Resources, Inc.; Billy Cogdell Bowden; Barbara Standfield; Stacey Dorfman-Kivowitz; Julia Dorfman; Mark Dorfman; David Phillip Cook; Cheryl King Cook; Sam Y. Dorfman, Jr.; Frank Moravits, Individually and as Trustee of the Moravits Children Trust No. 1 and Moravits Children Trust No. 2; Shelby Moravits; and Jerry Kortz | § | of Tarrant County (342-259139-12) |
| | § | July 16, 2015 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's "Rule 166 Order on Legal Matters Decided by the Court." It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant JPMorgan Chase Bank, N.A., as Trustee of the Red Crest Trust shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
       Chief Justice Terrie Livingston